IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  12-cv-02116-RPM

MER, LLC., a Colorado limited liability company,

  Plaintiff,

v.

COMERICA BANK, a Texas banking association,

  Defendant.

_____

ORDER TO RESPOND TO MOTION TO DISMISS
_____

On August 17, 2012, the defendant Comerica Bank filed a [4] Motion to Dismiss pursuant to Fed. R. Civ.P. 12(b)(1) and 12(b)(6).  Today, the plaintiff filed a Notice of Amended Complaint, Response to Motion to Dismiss as Moot and Alternative Unopposed Motion for Enlargement of Time for Further Response [7].  The amended complaint has the original caption of a filing in the District Court, City and County of Denver, Colorado but is accepted as a pleading filed in this court.  The amended complaint does not cure the defects which have been raised by the defendant in its motion.  Accordingly it is

ORDERED that the plaintiff shall have to and including October 22, 2012 within which to respond to the defendant's motion to dismiss.

DATED: September 7th , 2012

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge