IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02116-RPM

MER, LLC., a Colorado limited liability company,

    Plaintiff,

v.

COMERICA BANK, a Texas banking association,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order Granting Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) entered by Senior District Judge Richard P. Matsch and entered on February 13, 2013, it is

    ORDERED AND ADJUDGED that this civil action is dismissed for lack of subject matter jurisdiction. Defendant is awarded costs upon filing a bill of costs within 14 days.

    DATED: February 13th, 2013

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, Clerk

                                              s/M. V. Wentz
                                     By_____
                                                   Deputy