IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02116-RPM

MER, LLC, A Colorado Limited Liability Company

    Plaintiff,

v.

COMERICA BANK, a Texas banking association

Defendant.

_____

**ORDER GRANTING DEFENDANT COMERICA BANK'S MOTION FOR LEAVE TO FILE BILL OF COSTS ONE DAY OUT-OF-TIME**
_____

    THIS MATTER having come before the Court on Defendant Comerica Bank's Motion for Leave to File Bill of Costs One Day Out-of-Time, and the Court having reviewed the Motion and being otherwise fully advised in the premises,

    IT IS HEREBY ORDERED that the Motion is granted and the Bill of Costs attached to the Motion as Exhibit A is hereby accepted for filing.

    SO ORDERED THIS 28th day of February, 2013.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge

250992